Submitted March 1, 1982. Marc Welt Reuben, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.

450 A.2d 222

Commonwealth v. Herder, Appellant.

Submitted March 29, 1982. Douglas M. Johnson, Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Order affirmed.

450 A.2d 222

Commonwealth v. Hill, Appellant.

Ar-

gued December 16, 1981.   William P. Fedullo, for appellant; Sarah B. Vandenbraak, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

Judgment of sentence dated April 13, 1981 is affirmed.

450 A.2d 222

Commonwealth v. Hill a/k/a Teddy, Appellant.
Petition for Allowance of Appeal
Denied Dec. 6, 1982.

Submitted May 22, 1981.   David G. Metinko, for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, MONTGOMERY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

450 A.2d 223

Commonwealth v. Jackson, Appellant.

Sub-